ILND 450 (Rev. 04/29/2016) : Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Luis G Cruz III

Plaintiff(s),

v.

Evanston Illinois Law Enforcement Supervisor, et al

Defendant(s).

Case No. 1:23-cv-03060
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $

     which ☐ includes    pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑    other: Case is dismissed in its entirety.

---

This action was *(check one)*:

☐ tried by a jury with Judge                     presiding, and the jury has rendered a verdict.
☐ tried by Judge             without a jury and the above decision was reached.
☑ decided by Judge Andrea R. Wood.

Date: 4/24/2024                   Thomas G. Bruton, Clerk of Court

                                    Laritza Arcos , Deputy Clerk